STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
VICTOR LEHMAN, DEFENDANT-PETITIONER.

*Messrs. Weber, Muth & Weber* and *Mr. Louis J. Bohl*
for the petitioner.

*Mr. John Warhol, Jr.,* and *Mr. John Frank, Jr.* for the
respondent.

February 14, 1961.    Granted.

TOWNSHIP OF MAPLEWOOD, PLAINTIFF-PETITIONER, v.
IVOR TANNENHAUS, DEFENDANT-RESPONDENT.

See same case below:   64 *N. J. Super.* 80.

*Messrs. Osborne, Cornish & Scheck* for the petitioner.

*Messrs. Franzblau & Franzblau* for the respondent.

February 14, 1961.    Denied.